E-FILED on      5/22/06

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE CYGNUS TELECOMMUNICATIONS TECHNOLOGY, LLC, PATENT LITIGATION | No. MDL-1423 |
| | C-04-03001 RMW |
| THIS ORDER RELATES TO: | ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL |
| CYGNUS TELECOMMUNICATIONS TECHNOLOGY, LLC, | **[Re Docket Nos. 52, 53]** |
| Plaintiff, | |
| v. | |
| HERITAGE COMMUNICATIONS CORPORATION, INC.; HERITAGE SYNERGIES CORP.; HERITAGE TECHNOLOGIES, INC.; CIRILIUM; CIRILIUM HOLDINGS; SK TECHNOLOGIES; and AET, INC.; | |
| Defendants. | |

      The motion of Jon M. Gibbs of Akerman, Senterfitt and David T. Alexander of MBV Law LLP to withdraw as counsel for Heritage Communications Corporation, Inc. was submitted on May 11, 2006. The court has read the moving papers. No opposition was filed, and Heritage is reportedly being liquidated and has given Gibbs and Alexander permission to withdraw. The court

ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL—No. MDL-1423 C-04-03001 RMW
JAH

1  is satisfied that proper notice of the motion was given pursuant to Civil L.R. 11-5.  Plaintiff's
2  counsel's motion to withdraw is granted.
3      Defendant Heritage Communications Corporation, Inc. is hereby informed that failure to take
4  appropriate action may result in serious legal consequences and that it should consider seeking legal
5  assistance.  Defendant Heritage Communications Corporation, Inc. is further informed that (1) it
6  may participate in the action only through an attorney; (2) it retains all the obligations of a litigant;
7  and (3) failure to appoint an attorney may lead to an order striking its pleadings or entry of its
8  default.
9      As of the date of this order the address of defendant Heritage Communications Corporation,
10 Inc. is:

>     Heritage Communications Corporation, Inc.
>     c/o Michael Moecker, Liquidating Trustee
>     Michael Moecker & Associates, Inc.
>     6861 S.W. 196th Avenue, Suite 201
>     Fort Lauderdale, FL 33332.

14 (The current service address for Moecker's counsel is listed on the next page.)

16 DATED:     5/22/06

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

United States District Court
For the Northern District of California

**Notice of this document has been sent to:**

**Counsel for Plaintiff:**

John P. Sutton
2421 Pierce Street
San Francisco, CA 94115-1131

Robert Charles Kain, Jr.
Fleit Kain Gibbons Gutman & Bongini
750 S.E. 3rd Avenue
Suite 100
Fort Lauderdale, FL 33316

**Counsel for Defendants:**

Jon M. Gibbs
Akerman, Senterfitt
255 S. Orange Avenue
Suite 1700
Post Office Box 0231
Orlando, FL 32802-0231

David T. Alexander
MBV Law LLP
855 Front Street
San Francisco, CA 94111

Elizabeth E. Green; R. Scott Shuker
Gronek & Latham, LLP
390 N. Orange Avenue
Suite 600
P.O. Box 3353 (32802-3353)
Orlando, FL 32801

**Courtesy Copy:**

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-255, North Lobby
Washington, D.C. 20002-8004

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**     5/22/06          /s/ JH
                               **Chambers of Judge Whyte**

ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL—No. MDL-1423 C-04-03001 RMW
JAH                                      3