1    *E-filed on*   <u>11-17-06</u>

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                             SAN JOSE DIVISION

11

12   IN RE CYGNUS TELECOMMUNICATIONS        No. MDL-1423
     TECHNOLOGY, LLC, PATENT                This Order Applies to All Actions
13   LITIGATION
     _____        C-02-00142 RMW
14                                          C-02-00145 RMW
     THIS ORDER RELATES TO:                 C-02-05437 RMW
15   All Actions                            C-03-03378 RMW
                                            C-03-03594 RMW
16                                          C-03-03596 RMW
                                            C-03-04003 RMW
17                                          C-04-03001 RMW
                                            C-04-03365 RMW
18                                          C-04-04247 RMW
                                            C-04-04359 RMW
19                                          C-06-03843 RMW
                                            C-06-04295 RMW
20                                          C-06-06479 RMW

21                                          ORDER DENYING DEFENDANTS'
                                            MOTION TO DISMISS FOR LACK OF
22                                          SUBJECT-MATTER JURISDICTION

23

24          Defendants assert that Cygnus does not own the patents-in-suit and move to dismiss these

25   consolidated actions for lack of subject-matter jurisdiction.  Although troubled by the

26   inconsistencies in the evidence pertaining to the assignment of the patents to Cygnus, the court is

27   satisfied that Cygnus has shown by a preponderance of the evidence that the assignment set forth in

28   the September 1997 operating agreement is genuine.  Cygnus's explanation that the representations

in Paragon's May 1998 petition to the Federal Circuit regarding the '984 application (case no. 98-547) and Wyatt's April 1998 declaration filed with the PTO in connection with the '115 application regarding Paragon's ownership of the applications occurred through inadvertence seems logical in light of the facts that Cygnus paid the issuance fees for the patents and represented to the PTO that an assignment had taken place, has acted as the owner of the patents since their issuance, and the September 1997 assignment was between entities both controlled by Wyatt.  However, since Cygnus's counsel admittedly failed to record the assignment, failed to produce evidence of an assignment until October 2006, and filed two documents stating that Paragon was the owner of the patents after the date of the assignment, the court would consider a motion for reasonable fees and expenses incurred by defendants in pursuit of this motion.  The motion to dismiss is denied.

DATED:           11/17/06

RONALD M. WHYTE
United States District Judge

1  **A copy of this order was mailed on _____ to:**

2  **Counsel for Plaintiff:**            Kieran Patrick Fallon
                                         436 SW 8th Street
3  John P. Sutton                        Miami, FL 33130-2814
   2421 Pierce Street
4  San Francisco, CA 94115-1131          Matthew Francis McGahren
                                         Baum & McGahren
5  **Counsel for Defendants:**           6171 Crooked Creek Road
                                         Norcross, GA 30092
6  Alan M. Weisberg, Steven M. Greenberg
   Christopher & Weisberg, P.A.          Lori D. Greendorfer, Maxim H. Waldbaum
7  200 E. Las Olas Avenue                Schiff Hardin LLP
   Suite 2040                            623 Fifth Avenue
8  Fort Lauderdale, FL 33301             28th Floor
                                         New York, NY 10022
9  John C. Carey
   Rodriguez Greenberg & Paul            Thomas T. Tamlyn
10 1395 Brickell Ave, Suite 700          Yeskoo Hogan & Tamlyn, LLP
   Miami, FL 33131                       535 Fifth Avenue
11                                       New York, NY 10017
   Felice B. Galant, Gregory B. Wood
12 Fulbright & Jaworski L.L.P.           Peter S. Canelias
   865 South Figueroa Street             Law Offices of Peter S. Canelias
13 Twenty-Ninth Floor                    420 Lexington Avenue
   Los Angeles, CA 90017                 Suite 2148
14                                       New York, NY 10170
   Joseph P. Zammit
15 Fulbright & Jaworski                  Elizabeth E. Green, R. Scott Shuker
   666 Fifth Avenue                      Gronek & Latham, LLP
16 New York, NY 10103                    390 N. Orange Avenue
                                         Suite 600
17 John F. Mardula, Jon L. Roberts       Orlando, FL 32801
   Roberts Mardula & Wertheim, LLC
18 11800 Sunrise Valley Drive            Gregory J. Nelson
   Suite 1000                            Nelson & Roediger
19 Reston, VA 20191-5302                 3333 E Camelback Road, Suite 212
                                         Phoenix, AZ 85018
20 Richard B. Sheldon
   Mitchell Silberberg & Knupp LLP       Peter Neil Greenfeld
21 11377 West Olympic Boulevard          Greenfeld Law Group
   Los Angeles, CA 90064-1683            3333 E Camelback Road, Suite 212
22                                       Phoenix, AZ 85018-2324
   Jeffrey L. Silvestrini, Brian F. Roberts
23 Cohne Rappaport & Segal               Matthew McGahren
   P.O. Box 11008                        Baum, McGahren & Chiu, LLC
24 Salt Lake City, UT 84147-0008         6171 Crooked Creek Road
                                         Norcross, GA 30092
25 Raymond J. Etcheverry
   Parsons, Behle & Latimer
26 One Utah Center
   201 South Main Street,
27 Suite 1800, Post Office Box 45898
   Salt Lake City, UT 84145

28

ORDER DENYING DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT-MATTER JURISDICTION—MDL-1423
JAH                                      3

1

**Courtesy Copy:**

2

Clerk of the Panel
Judicial Panel on Multidistrict Litigation

3

Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.

4

Room G-255, North Lobby
Washington, DC  20002-8004

5

6

Counsel is responsible for distributing copies of this order to co-counsel, as necessary.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER DENYING DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT-MATTER JURISDICTION—MDL-1423
JAH                                                                 4